UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62720-CIV-MARRA/BRANNON

DEAN JANSSEN,

    Plaintiff,

v.

MALIN HALEY DIMAGGIO BOWEN & LHOTA, P.A.,
a Florida professional corporation  (FKA Malin Haley & Dimaggio, P.A.),
and BARRY HALEY,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff notifies the Court the parties settled this case at mediation on March 7, 2013.

Plaintiff requests this case be removed from the trial docket and deny Plaintiff's pending motion(s) as moot.

| Lawlor Winston White & Murphey | The Concept Law Group |
|---|---|
| **Counsel for Plaintiff** | **Co-Counsel for Plaintiff** |
| 2211 Davie Blvd. | 200 S. Andrews Ave., #100 |
| Ft. Lauderdale, FL 33301 | Ft. Lauderdale, FL 33301 |
| 954-525-2345 | 754-300-1500 |
| 954-730-8908 fax | 855- 329-4768 fax |
| bmurphey@lawlorwinston.com | scott@conceptlaw.com |
| By: /s/ Ben Murphey, Esq. (25489) | By: /s/ Scott Smiley, Esq. (678341) |

My signature above certifies I, Ben Murphey, served this document through the CM/ECF system on March 7, 2013 to:

John Bradley, Esq. (779910)
Bradley Legal Group, P.A.
Counsel for Defendant Haley
15 NE 13th Ave.
Ft. Lauderdale, FL 33301
954-523-6160
954-523-6190 fax
jb@bradlegal.com

Dale DiMaggio, Esq. (359830)
Malin Haley DiMaggio Bowen & Lhota, P.A.
Counsel for Defendant Firm
1936 S. Andrews Ave.
Ft. Lauderdale, FL 33316
954-763-3303
954-522-6507 fax
dpd@mlhdpatents.com