UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62720-CIV-MARRA/BRANNON

DEAN JANSSEN,

Plaintiff,

vs.

MALIN HALEY DIMAGGIO BOWEN
& LHOTA, P.A., a Florida Professional
corporation (fka Malin Haley & DeMaggio, P.A.)
BARRY HALEY,

Defendants.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation for Dismissal (DE 99). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is dismissed with prejudice. The Court retains jurisdiction to enforce the settlement of this case.

The Clerk shall close this case. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of March, 2013.

_____
KENNETH A. MARRA
United States District Judge